UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRIMAINE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 13 C 7845 |
| v. | ) |
| | ) Judge Manish S. Shah |
| HARVEY POLICE OFFICER BAPTISTE | ) |
| (Star # 915), HARVEY POLICE OFFICER RIFE, | ) |
| UNKNOWN OFFICERS OF THE HARVEY | ) |
| POLICE DEPARTMENT, CITY OF HARVEY, | ) |
| ILLINOIS, TODD KLEIN, DENNISE CAMPOS, | ) |
| AND 159TH & HALSTED CURRENCY | ) |
| EXCHANGE, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON PLAINTIFF'S BILL OF COSTS**

Plaintiff, Trimaine Wilson, by and through his attorneys, Irene K. Dymkar and Torreya L. Hamilton, hereby moves this Court for judgment on plaintiff's bill of costs. In support of this motion, plaintiff states:

1)   This action was commenced by the filing of a complaint alleging a cause of action under the Civil Rights Act of 1871 (42 U.S.C. §1983), to redress deprivations of the civil rights of plaintiff through acts and/or omissions of defendants committed under color of law.

2)   This matter proceeded to a jury trial on September 26, 2016. The jury rendered a verdict on behalf of plaintiff, Trimaine Wilson, and jointly and severally against defendants, Sandra Baptiste, Oshay Rife, and the City of Harvey. A judgment was entered against defendants on September 30, 2016, for $85,000.00 in compensatory damages,

$8,000.00 in punitive damages against defendant Baptiste, and $2,000.00 in punitive damages against defendant Rife. *See Doc. 243.*

3) No appeal of the jury verdict and judgment has been taken by any party.

4) Plaintiff filed his bill of costs on October 28, 2016, in the amount of $10,360.55. *See Doc. 247.*

5) Defendants were granted additional time to object to plaintiff's bill of costs, until November 28, 2016. *See Doc. 248.*

6) This deadline has now passed, with defendants failing to file objections to plaintiff's bill of costs.

7) Plaintiff's attorney contacted defense counsel Stepfon Smith by telephone and by e-mail on December 2, 2016, to determine whether he would be opposing this motion, but as of the time of the filing of this motion, there has been no response.

8) Plaintiff now moves this Court for judgment on plaintiff's bill of costs, and attaches as Exhibit A the proposed judgment.

WHEREFORE, plaintiff, Trimaine Wilson, respectfully asks the Court for judgment on plaintiff's bill of costs.

Dated: December 2, 2016                /s/    Irene K. Dymkar
                                              Irene K. Dymkar

Plaintiff's Attorneys:

Irene K. Dymkar                        Torreya L. Hamilton
Law Offices of Irene K. Dymkar         The Hamilton Law Office, LLC
53 West Jackson, Suite 733             53 West Jackson, Suite 452
Chicago, IL 60604                      Chicago, IL 60604
(312) 345-0123                         (312) 726-3173