FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trimaine Wilson, | ) | 13 cv 07845 |
| Plaintiff, | ) | |
| | ) | Honorable Manish Shah |
| v. | ) | |
| | ) | |
| Sandra Baptiste, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| City of Harvey, | ) | |
| Employer. | ) | |

**FILED NOV 16 2022 ec THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

### AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law under 28 U.S.C. §1746, that the following information is true.

1. I believe Respondent City of Harvey. is indebted to the Judgment Debtor Sandra Baptiste, for wages due or to become due.
2. The last known address of the Judgment Debtor is: 13831 S. Edbrooke Ave., Riverdale, IL 60827
3. I request that a summons issue directed to Respondent.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

*Note: Non-Attorneys must also submit a copy of the underlying Judgment or a certification of the Clerk of the Court that entered the Judgment.*

1. Judgment in this case was entered on September 30, 2016.
2. Amount of Judgment — $ 8,000.00
3. Allowable costs previously expended:
   a. Initial filing fee — $ 400.00
   b. Original and alias summons — $ N/A
   c. Filing and summons costs of prior supplementary proceedings — $ N/A
4. Filing and summons costs for this proceeding — $ 85.00
5. Interest at 0.60% pursuant to statute — $ 294.31
6. Total — $ 8,779.31
7. *Deduct:* Total amount paid by or on behalf of the Judgment debtor before to this garnishment — $ 0
8. Balance due Judgment Creditor as of November 16, 2022 — $ 8,779.31

Signature: _____
Attorney for Judgment Creditor

Print Name: CINDY M. JOHNSON

Name: Johnson Legal Group, LLC
Attorney for: Plaintiff
Address: 140 S. Dearborn Street, Suite 1510
City/Zip: Chicago, IL 60603
Telephone: (312) 345-1306
Fax: (312) 345-1308
Email: Notices@JNLegal.net

Employer/Agent: City of Harvey                                    Answer Date: December 9, 2022

Defendant's Name: Sandra Baptiste                                 Case No.: 20 A 01178
Defendant's Address: 13831 S. Edbrooke Ave., Riverdale, IL 60827

## CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to 28 USC §1746, the undersigned certifies that s/he mailed by regular first class mail a copy of the wage deduction notice to Defendant at the address shown above on ___November 16___, 2022

Cindy M. Johnson

## INTERROGATORIES/ANSWER TO WAGE DEDUCTION PROCEEDINGS

Do you pay money to the Judgment Debtor listed above? Yes _____ No _____ If terminated, date _____

IF YOUR ANSWER IS "NO", GO TO "RESPONDENT CERTIFICATION"

Of the funds paid to the debtor, are any of those funds:
Subject to prior court ordered deduction (including child/spouse support) Case Number, State County _____,

___ Disability?  ___ Retirement?  ___ otherwise exempt? (Describe _____),

### CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING
(Note: If income varies, withholding must be recalculated for every pay period)

Do you pay debtor: ___every week  ___ every two weeks  ___ semi-monthly  ___monthly  other _____

(A) Gross wages per paycheck minus <u>mandatory</u> contributions to pension or retirement plans   (A) _____

(B) 15% of (A) =    (B) _____

(C) Enter Total FICA, State Tax, Federal Tax and Medicare    (C) _____

(D) Subtract (C) from (A) =    (D) _____

(E)   If debtor is paid every week, enter $371.25
      If debtor is paid every two weeks, enter $742.50
      If debtor is paid semi-monthly, enter $804.37
      If debtor is paid monthly, enter $1,608.75
      If other, multiply 45 times state minimum wage (currently $8.25) times
            number of weeks in pay period    (E) _____

(F) Subtract (E) from (D)     (Enclose a negative number in parentheses, e.g. ($50.00)   (F) _____

*IF LINE "F" IS ZERO OR A NEGATIVE NUMBER, WITHHOLD NO WAGES GO TO "INSTRUCTIONS" BELOW*

(G) Enter the lesser of Line (B) or (F)    (G) _____

(H) Enter Child Support or other Court Ordered Deduction    (H) _____

(I) Subtract (H) from (G)     (Enclose a negative number in parentheses, e.g. ($50.00))   (I) _____

*LINE "I" MUST BE WITHHELD AS OF THE DATE OF SERVICE AND HELD UNTIL FURTHER COURT ORDER*
*IF LINE "I" IS ZERO OR A NEGATIVE NUMBER, WITHHOLD NO WAGES, GO TO "INSTRUCTIONS" BELOW*

(J) Subtract Employer's Statutory Fee (2% of line "I". <u>See</u> 735 ILCS 5/12-814)   (J) _____

(K) Amount to be applied to judgment    (K) _____